UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Civil Action No. 12-81-HRW

GLENN D. ODOM, II, PLAINTIFF,

v. ORDER

SHAWN MCKENZIE, *et al.*, DEFENDANTS.

This matter is before the Court upon Plaintiff's Motion to Amend his Complaint [Docket No. 64] insofar as he seeks to dismiss his claims against Doug Nickels. Magistrate Judge Atkins has issued a Report and Recommendation that Plaintiff's claims against Doug Nickels be dismissed. After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion.

Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED**,

(1) that the Magistrate Judge's Report and Recommendation [Docket No. 66] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion;

(2) Plaintiff's Motion to Amend his Complaint to dismiss his claims against Doug Nickels [Docket No. 64] be **SUSTAINED**; and

(2) Plaintiff's claims against Doug Nickels are **DISMISSED WITH PREJUDICE.**

This 28th day of February, 2014.



Signed By:
Henry R. Wilhoit, Jr.
United States District Judge