UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Civil Action No. 12-81-HRW

GLENN D. ODOM, II,                                                         PLAINTIFF,

v.                                          ORDER

SHAWN MCKENZIE, *et al.*,                                              DEFENDANTS.

This matter is before the Court upon Plaintiff's *pro se* Emergency Motion for Transfer and to Cease and Desist [Docket No. 46]. Magistrate Judge Atkins has issued a Report and Recommendation that the motion be overruled. After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion.

Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED**,

(1) that the Magistrate Judge's Report and Recommendation [Docket No. 58] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion; and

(2) Plaintiff's *pro se* Emergency Motion for Transfer and to Cease and Desist [Docket No. 46] be **OVERRULED**.

This 7th day of April, 2014.



Signed By:
Henry R. Wilhoit, Jr.
United States District Judge